ROBERT GRAY et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v SEABOARD SECURITIES, INC., et al., Respondents.

Submitted March 7, 2005; decided March 29, 2005

Motion by Investor Rights Project of Albany Law School's Clinical Studies Program for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of SHAWN GREEN, Appellant, v JUDITH HARD, as Judge of the Court of Claims, Respondent.

Submitted February 22, 2005; decided March 29, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of MICHAEL McKOWN, Respondent, v ANITA BARNES, Also Known as ANITA VAN COPPENOLLE, Appellant.

Submitted February 14, 2005; decided March 29, 2005

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ANGEL MORALES, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted February 28, 2005; decided March 29, 2005

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).